## OULTON *v.* SAVINGS AND LOAN SOCIETY.

## CARY *v.* SAME.

## SAME *v.* GERMAN SAVINGS AND LOAN SOCIETY.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF CALIFORNIA.

Nos. 169, 172 and 173.   Argued February 3, 1875. — Decided February 22, 1875.

*Cary* v. *San Francisco Savings Union*, 22 Wall. 38, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The material facts in these cases are the same as in *Cary* v. *The San Francisco Savings Union*, 22 Wall. 38, just decided.   The judgments are all reversed for the reasons assigned in that case, and the causes are all remanded with instructions to render judgment in each of them for the defendant.                    *Reversed.*

*Mr. Attorney General* for plaintiffs in error.

*Mr. H. J. Tilden* and *Mr. C. E. Whitehead* for defendants in error.

---

## OULTON *v.* CALIFORNIA INSURANCE CO.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF CALIFORNIA.

No. 170.   Argued February 3, 1875. — Decided February 22, 1875.

*Barnes* v. *Railroad Co.*, 17 Wall. 294, and *Stockdale* v. *Atlantic Ins. Co.*, 20 Wall. 323, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The judgment of the Circuit Court is reversed upon the authority of *Barnes* v. *Railroad Co.*, 17 Wall. 294, and *Stockdale* v. *Atlantic Insurance Co.*, 20 Wall. 323, decided at the last term, and the cause remanded with instructions to enter judgment in favor of the defendant.

*Mr. Attorney General* for plaintiff in error.

*Mr. C. E. Whitehead, Mr. F. M. Pixley* and *Mr. H. J. Tilden* for defendant in error.